■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN MURDAUGH, Appellant. [887 NYS2d 925]—Appeal by the defendant, as limited by his motion, from a resentence of the County Court, Nassau County (Honorof, J.), imposed July 24, 2008, on the ground that the resentence was excessive.

Ordered that the resentence is affirmed. No opinion. Prudenti, P.J., Skelos, Miller, Eng and Lott, JJ., concur.